IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WIREMED TECH LLC,**<br><br>          Plaintiff,<br>     v.<br><br>**ADOBE INC.,**<br><br>          Defendant. | C.A. NO. 18-1066-MN<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Plaintiff Wiremed Tech LLC and Defendant Adobe Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate, subject to the approval and order of the Court, to the dismissal of all claims asserted in this action without prejudice, and with each party to bear its own costs, expenses, and attorneys' fees.

June 13, 2019

| | |
|---|---|
| Stamoulis & Weinblatt LLC | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Stamatios Stamoulis* | */s/ Kelly Farnan* |
| Stamatios Stamoulis | Kelly E. Farnan (#4395) |
| 800 N West Street, Third Floor | One Rodney Square |
| Wilmington, DE 19809 | 920 North King Street |
| (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | (302) 651-7700 |
| | farnan@rlf.com |
| OF COUNSEL: | |
| | OF COUNSEL: |
| David R. Bennett (Admitted *pro hac vice*) | |
| Direction IP Law | Sean M. Callagy |
| P.O. Box 14184 | Rachael S. Shen |
| Chicago, IL 60614-0184 | ARNOLD & PORTER KAYE SCHOLER LLP |
| (312) 291-1667 | Three Embarcadero Center |
| dbennett@directionip.com | San Francisco, CA 94111-4024 |
| | (415) 471-3100 |
| *Attorneys for Plaintiff Wiremed Tech LLC* | Sean.Callagy@arnoldporter.com |
| | Rachael.Shen@arnoldporter.com |
| | |
| | *Attorneys for Defendant Adobe Inc.* |

2

**SO ORDERED**, this _____ day of _____, 2019.

_____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)